The People of the State of New York, Respondent, v Jose Hernandez, Appellant.

Submitted April 16, 2012; decided May 8, 2012

Motion for reargument dismissed as untimely (see Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [see 95 NY2d 885 (2000);

95 NY2d 792 (2000)]. Motion for poor person relief dismissed as academic.